FILED
Charlotte
May 15 2024
U.S. District Court
Western District of N.C.

# UNITED STATES DISTRICT COURT
for the
Western District of North Carolina

RECEIVED
UNITED STATES MARSHAL
4:25 pm, Apr 17 2024
WESTERN NORTH CAROLINA
CHARLOTTE

| United States of America | ) | |
|---|---|---|
| v. | ) | Case No. 3:24-CR-87-MOC |
| DEREK ANTOINE JOHNSON | ) | |
| *Defendant* | ) | |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* Derek Antoine Johnson,
who is accused of an offense or violation based on the following document filed with the court:

☒ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☐ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. §922(g)(1) - Possession of a Firearm by Felon

Date: 04/16/2024

*Issuing officer's signature*

City and state: Charlotte, North Carolina

KATHERINE H. SIMON, CLERK OF COURT
*Printed name and title*

### Return

This warrant was received on *(date)* 4/16/2024, and the person was arrested on *(date)* 5/14/2024
at *(city and state)* Charlotte, NC

Date: 5/14/2024

*Arresting officer's signature*

K. Marlow DUSM
*Printed name and title*

USMS 26188-058
FID 2002591

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CASE NO. 3:24-CR-087-MOC-DCK

RECEIVED
UNITED STATES MARSHAL
7:24 am, Apr 26 2024
WESTERN NORTH CAROLINA
CHARLOTTE

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | **WRIT OF HABEAS CORPUS** |
| v. ) | **AD PROSEQUENDUM** |
| ) | |
| DEREK ANTOINE JOHNSON, ) | |
| PID# 0000393236, ) | |

THE PRESIDENT OF THE UNITED STATES OF AMERICA:

TO: The Director, Bureau of Prisons, Washington, D.C.
TO: U.S. Marshal, Western District of North Carolina, Charlotte, North Carolina
TO: Sheriff, Mecklenburg County Jail, 801 East Fourth Street, Charlotte, NC 28202

**IT IS ORDERED** that you have the body of Derek Antoine JOHNSON, PID No. 0000393236, B/M, DOB 12/5/1972, detained in the Mecklenburg County Jail in Charlotte, North Carolina, under safe and secure conduct, brought before the Honorable David Keesler, United States Magistrate Judge, Western District of North Carolina, at the courtroom in the city of Charlotte, North Carolina, FORTHWITH, on or before 5/14/2024 at 10:20 a.m., to make an initial appearance before the Court on charges now pending in said Court against Defendant.

**IT IS FURTHER ORDERED** that the United States Marshals Service shall return Defendant to the Mecklenburg County Jail, under safe and secure conduct, after the disposition of the above captioned case.

The Clerk is directed to certify copies of this Order to the United States Marshals Service, the Mecklenburg County Jail, and the United States Attorney.